UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERESA MADORE,<br>          Plaintiff<br><br>VS.<br><br>ROBERT N. CARRIER, JR., OHIO<br>STATE LIFE INSURANCE COMPANY,<br>          Defendants | )<br>)<br>)<br>)<br>)   04 CV 10289DPW<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO ENLARGE THE TIME TO FILE
A RESPONSIVE PLEADING TO THE COMPLAINT**

The plaintiff, Theresa Madore, and the defendant, Robert N. Carrier, Jr. ("Carrier"), hereby stipulate to enlarge the time in which Carrier has to file a responsive pleading to the complaint, up to and including March 3, 2004.

| | |
|---|---|
| Respectfully submitted,<br>THERESA MADORE,<br><br>By her attorneys,<br><br>_____<br>Michael G. Zaim, BBO #<br>Law Offices of Stephen J. Mason<br>147 East Merrimack Street<br>Lowell, MA  01852<br>978-459-2598 | Respectfully submitted,<br>ROBERT N. CARRIER, JR.,<br><br>By his attorneys,<br><br>_____<br>David J. Hatem, PC, BBO #225700<br>Nancy M. Reimer, BBO #555373<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA  02210<br>617-406-4500 |

Dated: February 19, 2004

## CERTIFICATE OF SERVICE

      I, Nancy M. Reimer, hereby certify that on this 19th day of February, 2004, I served the foregoing by mailing a copy, first class, postage prepaid, to:

Michael G. Zaim, Esquire
Law Offices of Stephen J. Mason
147 East Merrimack Street
Lowell, MA  01852

Carey L. Bertrand, Esquire
William T. Bogaert, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA  02110

Nancy M. Reimer

00812407.DOC