04-10289

Theresa Madore

vs

Robert N. CArrier, Jr.
Ohio State Life Insurance
Cpmpany

Removal To US District Court

MIDDLESEX, SS.

# Commonwealth of Massachusetts

SUPERIOR COURT

04-10289

I, Karen O'Connor, Deputy Assistant Clerk of the Superior Court, within and for said County of Middlesex, do certify that the annexed papers are true copies made by photographic process of pleadings in case NO. 04-0210 entered in the Superior Court on the twentieth day of January in the year of our Lord two thousand four

In testimony whereof, I hereunto set my hand and affix the seal of said Superior Court, at Cambridge, in said County, this twentieth day of February in the year of our Lord two thousand four

_Karen A. O'Connor_
Deputy Assistant Clerk of Courts

